# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOOD, DIANE P. | U.S. Court of Appeals, 7th Cir | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2688 U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604-1818

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in Law | The University of Chicago Law School |
| 2. | Trust and Council Member | American Academy of Arts & Sciences |
| 3. | Board Member | Constitutional Rights Foundation Chicago |
| 4. | Council Member | American Law Institute |
| 5. | Board Member (President 2011) | Texas Law Review Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Chicago Salary (Total) | $26,955.00 |
| 2. 2011 | West Services, Inc. (Book Royalties) | $8,100.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Northwestern Feinberg School of Medicine - Professor of Neurology - Salary |
| 2. 2011 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute (ALI) | 1/19/11-1/21/11 | Philadelphia, PA | ALI Council Meeting | T, L, F |
| 2. | Institute of Law and Public Policy | 1/25/11-1/30/11 | St. Petersburg, Russia | US-Russia Judiciary Project | T, L, F, E |
| 3. | Vanderbilt University School of Law | 2/17/11-2/18/11 | Nashville, TN | Law & Neuroscience Project - Advisory Committee Meeting | T, L, F |
| 4. | Institute of Law and Public Policy | 3/14/11-3/15/11 | Washington, D.C. | US-Russia Judiciary Project | T, L, F |
| 5. | University of Chicago Law School | 3/22/11-3/23/11 | Washington, D.C. | ITA/ASIL Conference | T, L |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | University of Texas Law Review Association | 3/25/11-3/27/11 | Austin, TX | Texas Law Review Association Annual Meeting | T, L, F |
| 7. | Eastern District of Wisconsin Bar Assn. (EDWBA) | 4/7/11 | Milwaukee, WI | Keynote Speaker - EDWBA Annual Meeting | T, F |
| 8. | American Academy of Arts & Sciences (AAAS) | 4/14/11-4/15/11 | Cambridge, MA | AAAS Spring Governance Meeting | T, L, F |
| 9. | Woodrow Wilson International Center for Scholars | 5/11/11-5/13/11 | Washington, D.C. | Brazil-US Judicial Initiative Conference | T, L, F |
| 10. | American Law Institute (ALI) | 5/15/11-5/17/11 | San Francisco, CA | ALI Annual Meeting | T, L, F |
| 11. | George Washington University Law School | 6/3/11-6/4/11 | Washington, D.C. | George Washington Univ. - International Court of Justice Workshop | T, L, F |
| 12. | American Constitution Society (ACS) | 6/16/11-6/17/11 | Washington, D.C. | American Constitution Society Convention | T, L, F |
| 13. | University of Helsinki | 6/18/11-6/21/11 | Helsinki, Finland | University of Helsinki and University of Chicago Symposium | T, L, F |
| 14. | New York University (NYU) School of Law | 7/10/11-7/13/11 | New York, NY | NYU Appellate Judges Seminar | T, L, F |
| 15. | DRI | 7/21/11-7/22-11 | Washington, D.C. | DRI Class Action Seminar | T, L, F |
| 16. | American Academy of Arts & Sciences (AAAS) | 9/30/11-10/2/11 | Cambridge, MA | AAAS Induction Weekend | T, L, F |
| 17. | American Law Institute (ALI) | 10/3/11-10/4/11 | New York, NY | ALI - WTO Advisers Meeting | T, L, F |
| 18. | American Law Institute (ALI) | 10/19/11-10/21/11 | New York, NY | ALI Council Meeting | T, L, F |
| 19. | Brennan Center for Justice at NYU School of Law and UC-Berkeley | 10/25/11-10/26/11 | Berkeley, CA | Brennan Lecture-Jorde Symposium | T, L, F |
| 20. | American Law Institute (ALI) | 10/28/11-10/29/11 | Duke University - Durham, N.C. | ALI - Law of Criminal Fraud Meeting | T, L, F |
| 21. | George Washington University Law Review | 11/3/11-11/4/11 | Washington, D.C. | George Washington University Law Review Symposium | T, L, F |
| 22. | American Academy of Arts & Sciences (AAAS) | 12/7/11-12/9/11 | San Francisco, CA | AAAS Commission on Humanities Meeting | T, L, F |
| 23. | Renaissance Weekend | 12/28/11-12/31/11 | Charleston, S.C. | Renaissance Weekend | L, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | K | T | | | | | |
| 4. RBS Citizens, N.A. | A | Interest | | | Closed | 08/11/11 | J | | |
| 5. Chase Bank | A | Interest | M | T | | | | | |
| 6. Ameriprise 403(b) | | None | M | T | | | | | |
| 7. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 8. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 9. Bristol Myers | A | Dividend | J | T | | | | | |
| 10. Fastenal | B | Dividend | M | T | | | | | |
| 11. Fidelity NMFF 457(b) | | None | M | T | | | | | |
| 12. Fidelity Northwestern 403(b) | | None | O | T | | | | | |
| 13. FRDXX Fidelity Cash Reserves | A | Interest | L | T | | | | | |
| 14. CLSPX Columbia Mid Cap Growth Cl Z | | None | M | T | | | | | |
| 15. FDVLX Fidelity Value | | None | M | T | | | | | |
| 16. OBFVX Old Mutual Focused Fund CLZ, fka OBHGX Old Mutual Grow | | None | L | T | | | | | |
| 17. RC2 Corporation | A | Dividend | | | Sold | 4/26/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FLPSX Fidelity Low Priced Stock Fund | | None | L | T | | | | | |
| 19. GE | A | Dividend | J | T | | | | | |
| 20. Lake County, IL School District Tax-Exempt Bond | | None | | | Sold | 11/01/11 | J | A | |
| 21. Maricopa, AZ Tax-Exempt Bond | | None | J | T | | | | | |
| 22. M & I (Marshall & Ilsley) Bank | A | Interest | K | T | | | | | |
| 23. Multilink Telecommunications (Y) | | | | | | | | | |
| 24. Silverado Gold Fields (Y) | | | | | | | | | |
| 25. W & T Offshore | A | Dividend | J | T | | | | | |
| 26. Walmart de Mexico | A | Dividend | K | T | | | | | |
| 27. Wells Fargo | C | Int./Div. | N | T | | | | | |
| 28. Whole Foods | B | Dividend | N | T | | | | | |
| 29. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 30. Rental House, Madison, Dane County, Wisconsin-See Part VIII | D | Rent | N | S | | | | | |
| 31. Rental House, Travis Co., Texas- See Part VIII | D | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WOOD, DIANE P. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing.  The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 34. Rental house, Madison, Dane County, Wisconsin. Assessed value for 2011:  $282,300.00

Line 35 Rental house, Travis County, Texas. Assessed value for 2011:  $215,045

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **DIANE P. WOOD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544